PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
ELIZABETH D. KURLAN (CABN 255869)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7298
    Facsimile: (415) 436-6748
    Elizabeth.Kurlan@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| YAXUAN WANG,<br><br>    Plaintiff,<br><br>v.<br><br>KRISTI NOEM,[1] Secretary of the United States Department of Homeland Security, *et al*.,<br><br>    Defendants. | Case No. 5:25-cv-00578 NC<br><br>**STIPULATION TO STAY PROCEEDINGS; ORDER** |

    Plaintiff, proceeding *pro se*, and Defendants, through their attorneys, hereby stipulate and respectfully request the Court to stay proceedings in this case for a limited time, until June 30, 2025. The parties make this joint request because they are pursuing an administrative resolution that may render further litigation of this case unnecessary.

    Plaintiff filed this action seeking adjudication of her Form I-485, Application to Register Permanent Residence or Adjust Status. On March 19, 2025, United States Citizenship and Immigration Services ("USCIS") scheduled an interview for Plaintiff for April 29, 2025. Following the interview, USCIS will work diligently to complete adjudication of Plaintiff's application. Accordingly, the parties

---

[1] Kristi Noem is automatically substituted as the defendant in this matter in accordance with Federal Rule of Civil Procedure 25(d).

Stipulation to Stay
C 5:25-cv-00578 NC                                     1

stipulate and request that the proceedings in this case be stayed until June 30, 2025, at which time the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution. The parties also request the Court to vacate or continue the case management conference scheduled for May 14, 2025, at 10:00 a.m.

Dated: March 24, 2025

Respectfully submitted,[2]

PATRICK D. ROBBINS
Acting United States Attorney

 /s/ Elizabeth D. Kurlan
ELIZABETH D. KURLAN
Assistant United States Attorney
Attorneys for Defendants

Dated: March 24, 2025

/s/ Yaxuan Wang
YAXUAN WANG
*Pro Se*

### ORDER

Pursuant to stipulation, IT IS SO ORDERED. This case is stayed until June 30, 2025. The case management conference scheduled for May 14, 2025, is hereby vacated.

Date:   March 26, 2025

GRANTED

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

---

[2] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation to Stay
C 5:25-cv-00578 NC                                2