|   |   |
|---|---|
| 1 | CRAIG H. MISSAKIAN (CABN 125202) |
|   | United States Attorney |
| 2 | PAMELA T. JOHANN (CABN 145558) |
|   | Chief, Civil Division |
| 3 | ELIZABETH D. KURLAN (CABN 255869) |
|   | Assistant United States Attorney |

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7298
Facsimile: (415) 436-6748
Elizabeth.Kurlan@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| YAXUAN WANG, | Case No. 5:25-cv-00578 NC |
| Plaintiff, | |
| v. | **JOINT STATUS REPORT AND STIPULATION TO CONTINUE THE STAY OF PROCEEDINGS; ORDER** |
| KRISTI NOEM,[1] Secretary of the United States Department of Homeland Security, *et al.*, | |
| Defendants | |

The parties submit this joint status report regarding Plaintiff's Form I-485, Application to Register Permanent Residence or Adjust Status. On March 26, 2025, the Court granted the parties' request to stay proceedings until June 30, 2025. *See* Dkt. 13. United States Citizenship and Immigration Services adjudicated Plaintiff's Form I-485 application. Plaintiff is requesting additional time for receipt of her permanent resident card.

Accordingly, the parties stipulate and request that the proceedings in this case be stayed until July 14, 2025, at which time the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if

---

[1] Kristi Noem is automatically substituted as the defendant in this matter in accordance with Federal Rule of Civil Procedure 25(d).

Joint Status Report and Stipulation
C 5:25-cv-00578 NC                                1

appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: June 30, 2025

Respectfully submitted,[2]

CRAIG H. MISSAKIAN
United States Attorney

 /s/ Elizabeth D. Kurlan
ELIZABETH D. KURLAN
Assistant United States Attorney
Attorneys for Defendants

Dated: June 30, 2025

/s/ Yaxuan Wang
YAXUAN WANG
*Pro Se*

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:   June 30, 2025

NATHANAEL M. COUSINS
United States Magistrate Judge

GRANTED
Judge Nathanael M. Cousins

---

[2] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Joint Status Report and Stipulation
C 5:25-cv-00578 NC                                2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that on this day she caused a copy of the following document:

**Joint Status Report and Stipulation to Continue the
Stay of Proceedings; [Proposed] Order**

to be served by FIRST CLASS MAIL and email upon the party at the address stated below, which is the last known address:

Yaxuan Wang
1085 Konstanz Ter.
Sunnyvale, CA 94089

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: June 30, 2025

                                                   */s/ Tiffani Chiu*
                                                   TIFFANI CHIU
                                                   Paralegal Specialist